AO 91 (Rev. 11/11) Criminal Complaint                  AUSA Saqib M. Hussain (312) 353-1414

**FILED**
9/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS AUGUSTO GONZALEZ-LEON | CASE NUMBER: 25 CR 573<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 12, 2025, at Elgin, in the Northern District of Illinois, Eastern Division, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | being an alien who previously had been removed from the United States on or about June 29, 2013, and, on or about October 4, 2013, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States. |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

*Mark Clinton*
Mark Clinton
Border Patrol Agent
U.S. Customs and Border Protection

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 15, 2025

_____
*Judge's signature*

City and state: Chicago, Illinois      Keri L. Holleb Hotaling, U.S. Magistrate Judge
                                                       *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, MARK CLINTON, being duly sworn, state as follows:

1. I am a United States Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection, United States Border Patrol ("USBP"). I have been employed as a Border Patrol Agent with the USBP since in or around May 2009, and graduated from the USBP Basic Border Patrol Training Academy located in Artesia, New Mexico. The Academy curriculum covers specialized training in the Immigration and Naturalization Act, criminal law, and statutory authority. I have been a supervisor since 2019 and am currently assigned as a supervisor in the El Centro Sector Intelligence Unit in California.

2. This affidavit is submitted in support of a criminal complaint alleging that CARLOS AUGUSTO GONZALEZ-LEON illegally reentered the United States, in violation of Title 8, United States Code, Section 1326(a). This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging GONZALEZ-LEON with illegal reentry. As such, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that GONZALEZ-LEON committed the illegal reentry offense alleged in the complaint.

3. This affidavit is based on my personal knowledge and involvement in this investigation; my training and experience; the personal knowledge, training, and experience of other law enforcement agents with whom I have consulted; and my review of pertinent documents and records, including documents and records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, GONZALEZ-LEON was born in Mexico on June 22, 1977; is a native and citizen of Mexico; and has no claim to United States citizenship or lawful residence.

5. According to DHS records, GONZALEZ-LEON entered the United States on or about June 27, 2013, near Laredo, Texas. On or about June 28, 2013, GONZALEZ-LEON was arrested and ordered removed from the United States. On or about June 29, 2013, GONZALEZ-LEON was removed from the United States to Mexico through Eagle Pass, Texas. GONZALEZ-LEON was photographed by law enforcement prior to his removal.

6. According to DHS records as well as records and information from the United States District Court for the Southern District of Texas, GONZALEZ-LEON reentered the United States on or about July 8, 2013, near Laredo, Texas. On or about July 9, 2013, GONZALEZ-LEON was convicted in the Southern District of Texas of illegally reentering the United States, in violation of Title 8, United States Code, Section 1325(a), and sentenced to 20 days' imprisonment. On or about July 9, 2013, GONZALEZ-LEON was ordered removed from the United States. On or about

2

October 4, 2013, GONZLEZ-LEON was removed from the United States to Mexico through the Laredo, Texas. GONZALEZ-LEON was photographed by law enforcement prior to his removal.

7. According to DHS records, on or about February 27, 2022, GONZALEZ-LEON was found by law enforcement in the United States near Maverick County, Texas. On that date, pursuant to Title 42, United States Code, Section 265, GONZALEZ-LEON was expelled from the United States to Mexico through Eagle Pass, Texas. GONZALEZ-LEON was photographed by law enforcement prior to his expulsion; the photograph is depicted below:



8. According to DHS records, GONZALEZ-LEON did not apply for or receive permission from the Secretary of Homeland Security to reenter the United States.

9. According to records and information from the Illinois Secretary of State's Office, in or around July 2025, "CARLOS A GONZALEZ-LEON," with a listed date of birth of June 22, 1977, was issued an Illinois driver's license with a listed address on Chippewa Drive in Elgin, Illinois. GONZALEZ-LEON's driver's license photograph is depicted below:

3



10. Based on my comparison of GONZALEZ-LEON's Illinois driver's license photograph with the photographs that were taken of GONZALEZ-LEON prior to the above-discussed removals and expulsion, I believe that the GONZALEZ-LEON who was issued an Illinois driver's license in July 2025 is the same individual who was removed and expelled from the United States in June 2013, October 2013, and February 2022.

11. On or about September 10, 2025, I and other law enforcement officers conducted surveillance of the Chippewa Drive address in Elgin that is listed on GONZALEZ-LEON's driver's license. I observed a green Mercury minivan, bearing an Illinois license plate DS80662, parked at the address. According to records and information from the Illinois Secretary of State's Office, the Mercury minivan is registered to "CARLOS AUGUSTO GONZALEZ-LEON."

12. On or about September 12, 2025, I and other law enforcement officers conducted surveillance of the Chippewa Drive address in Elgin that is listed on GONZALEZ-LEON's driver's license. I observed GONZALEZ-LEON leave the residence, enter a car (but not the Mercury minivan), and drive to a nearby gas

4

station. Surveillance photographs that were taken of GONZALEZ-LEON at the gas station are depicted below:

 

13. Based on my comparison of the photographs taken of GONZALEZ-LEON at the gas station, GONZALEZ-LEON's Illinois driver's license photograph, and the photographs that were taken of GONZALEZ-LEON prior to the above-discussed removals and expulsion, I believe that the GONZALEZ-LEON who was observed by law enforcement at the gas station on September 12, 2025, is the same individual who was issued an Illinois driver's license in July 2025 and was removed and expelled from the United States in June 2013, October 2013, and February 2022.

14. Based on the foregoing, there is probable cause to believe that on an unknown date after February 27, 2022, and prior to September 12, 2025, GONZALEZ-LEON illegally reentered the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Section 202(4).

*Mark Clinton*
MARK CLINTON
Supervisory Border Patrol Agent
United States Border Patrol

SWORN TO AND AFFIRMED by telephone on September 15, 2025.

Honorable Keri L. Holleb Hotaling
United States Magistrate Judge

6