UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS AUGUSTO GONZALEZ-LEON | Case Number: 25 CR 573<br><br>Hon. Keri L. Holleb Hotaling |

**GOVERNMENT'S MOTION TO DIMISS**
**THE COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully moves the Court to dismiss the Complaint in this matter without prejudice. This motion is based, in part, on defendant's removal from the United States on or about September 24, 2025.

                                              Respectfully submitted,

                                              ANDREW S. BOUTROS
                                              United States Attorney

By:   */s/ Saqib Mohammad Hussain*
        SAQIB MOHAMMAD HUSSAIN
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 353-1414

Date: October 7, 2025